UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI ANN DEWEY,

     Plaintiff,

                                    Case No. 24-cv-13078

v.                                  Hon. Matthew F. Leitman

LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

     Defendant.

_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION TO AMEND/CORRECT RESPONSE BRIEF (ECF No. 24); (2) GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD (ECF No. 19) AND (3) DENYING PLAINTIFF'S MOTION TO REVERSE DEFENDANT'S DECISION DENYING HER LONG-TERM BENEFIT CLAIM (ECF No. 18)

On June 3, 2026, the Court held a hearing on (1) Defendant Lincoln National Life Insurance Company's motion for judgment on the administrative record (ECF No. 19) and (2) Plaintiff Terri Ann Dewey's cross-motion to reverse Defendant's decision denying her long-term benefit claim (ECF No. 18).[1]  For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** that Lincoln National's motion is **GRANTED** and Dewey's motion is **DENIED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
Dated:  June 3, 2026             UNITED STATES DISTRICT JUDGE

_____

[1] Dewey also filed a motion to file a corrected version of her response to Lincoln National's motion. (*See* Mot., ECF No. 24.)  That motion is **GRANTED**.

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2