UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI ANN DEWEY,

     Plaintiff,

                                        Case No. 24-cv-13078
v.                                        Hon. Matthew F. Leitman

LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

     **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendant and against Plaintiff.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                      By:   s/Holly A. Ryan_____
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 3, 2026
Detroit, Michigan

1